ACCEPTED
05-17-01439-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/4/2018 1:34 PM
LISA MATZ
CLERK

# Cause No. 05-17-01439-CV

## IN THE COURT OF APPEALS
## FOR THE FIFTH DISTRICT OF TEXAS
## IN DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
06/04/2018 1:34:40 PM
LISA MATZ
~~Clerk~~

### IN THE INTEREST OF C.J.M. AND S.C.M., *CHILDREN*

## APPELLANT'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Tex. R. App. P. 42.1(a)(1), Appellant Michael Minces ("Appellant") files this Unopposed Motion for Voluntary Dismissal as follows:

1.      Appellant requests that the Court dismiss this appeal on motion of Appellant.

2.      This Court has authority to dismiss this appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See Production Drilling Co. v. Kirkwood & Morgan, Inc.*, 406 S.W.2d 792, 793 (Tex. Civ. App.—San Antonio 1966, no writ) (appellant ordinarily has right to seek dismissal of appeal at any time before it has been heard and determined).

3.      There is no cross-appeal pending in this matter.

WHEREFORE, PREMISES CONSIDERED, Appellant Michael Minces respectfully requests that this Court dismiss this appeal.

Respectfully submitted,

/s/ Jeremy C. Martin
Jeremy C. Martin
Texas Bar Number 24033611
**MALOUF & NOCKELS LLP**
6688 N. Central Expy., Suite 1050
Dallas, Texas 75206
214-969-7373 (Telephone)
214-969-7648 (Facsimile)

ATTORNEY FOR APPELLANT

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee, and Appellee is unopposed to the relief requested herein.

/s/ Jeremy C. Martin
Jeremy C. Martin

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Appellate Procedure on June 4, 2018.

/s/ Jeremy C. Martin
Jeremy C. Martin